**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1896**

In re: ALBERT F. IAQUINTA,

Petitioner.

On Petition for Writ of Mandamus.  (5:98-hc-00764-BR)

Submitted:  December 16, 2021                    Decided:  January 4, 2022

Before RUSHING, Circuit Judge, KEENAN, and FLOYD, Senior Circuit Judges.

Petitions denied by unpublished per curiam opinion.

Albert F. Iaquinta, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert F. Iaquinta petitions for a writ of mandamus seeking an order directing that his case be reassigned to a different district judge. We conclude that Iaquinta is not entitled to mandamus relief.

Mandamus relief is a drastic remedy and should be used only in extraordinary circumstances. *Cheney v. U.S. Dist. Ct.*, 542 U.S. 367, 380 (2004); *In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Iaquinta's conclusory assertions of bias are based solely on the district judge's adverse rulings, which is insufficient to warrant reassignment of the district judge. *See Belue v. Leventhal*, 640 F.3d 567, 573 (4th Cir. 2011). Accordingly, we deny Iaquinta's petition and corrected petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITIONS DENIED*
